FILED'11 JAN 21 07:00USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LACYELLE T. WHITE, | O R D E R |
| | Civ. No. 02-630-TC |
| | (Lead Case) |
| Petitioner, | Civ. No.02-1453-TC |
| | (Consolidated case) |
| vs. | |
| BRIAN BELLEQUE, | |
| Respondent, | |
| LYDELL M. WHITE | |
| Petitioner, | |
| vs. | |
| BRIAN BELLEQUE, | |
| Respondent. | |

AIKEN, Chief Judge:

1 - ORDER

Magistrate Judge Coffin filed his Findings and Recommendation on October 21, 2010. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Respondent has timely filed objections. I have, therefore, given the file of this case a de novo review. This case is exceedingly complex with a record that easily reaches eighteen inches high. Both counsel did an excellent job briefing this matter for Judge Coffin and for this court. I adopt Judge Coffin's thorough 24-page Findings and Recommendation (doc. 127) as both factually and legally sound. Therefore, I find that the Oregon Board of Parole and Post-Prison Supervision's ("board") application of the juvenile aggravated murder rules to petitioners violates the United States Constitution. Petitioners' applications for an amended writ of habeas corpus (docs. 120 in Civ. No. 02-1453-TC, and 112 in Civ. No. 02-630-TC) are granted on these grounds and petitioners' cases are remanded to the Oregon Board of Parole to: (1) allow petitioners to petition for review of their denial of parole after serving twenty years from the initial date of their incarceration on January 25, 1995; and (2) if relief is denied at the review hearing, the board shall allow petitioners to petition for subsequent review every two years.

2 - ORDER

1  IT IS SO ORDERED.
2       Dated this 18 day of January 2011.
3
4
5
6                              /s/ Ann Aiken
                            Ann Aiken
7                    United States District Judge

3 - ORDER